FILED'11 FEB 23 9:53USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL LEE HOLTERMAN

    Plaintiff,

  v.

D. DAVIS, et al,

    Defendants.

Civ. No. 10-1114-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#9) is adopted. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ____ day of February, 2011.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE